Judge Karen L. Strombom

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV14-5786-KLS |
| Plaintiff, | |
| v. | **JUDGMENT OF FORFEITURE** |
| $25,833.00 IN UNITED STATES CURRENCY, | |
| Defendant. | |

    Plaintiff, the United States of America, brought this civil action by filing a *Verified Complaint for Forfeiture in Rem* on October 3, 2014 against the Defendant Currency. The *Complaint* alleged that the Defendant Currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), which provides for the forfeiture of currency constituting moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate violations of 21 U.S.C. § 841(a)(1).

    On October 3, 2014, the United States filed a *Notice of Verified Complaint for Forfeiture in Rem*, in which all interested persons were advised to file their claims pursuant

Judgment of Forfeiture (CV14-5786-KLS)
*United States v. $25,833.00 in U.S. Currency* - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure with the Clerk of the Court within thirty-five (35) days after the date of service of the Complaint and to serve their Answers to the Complaint within twenty-one (21) days after filing a claim.

Notice of the forfeiture action was published on www.forfeiture.gov, an official government website, for at least thirty (30) consecutive days beginning on October 11, 2014, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.  All interested persons were advised to file their claims pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure with the Clerk of the Court within sixty (60) days after the first date of publication and to serve their Answers to the Complaint within twenty-one (21) days after filing a claim.

On October 23, 2014, Claimant filed his *Claim* to the above-captioned Defendant Currency via his attorney of record and *Answer* to the *Complaint*.  No other persons or entities filed any claim of interest and/or right to the Defendant Currency and the time for doing so has expired.

On July 28, 2015, the parties entered into a *Stipulated Settlement Agreement*.  The terms of the *Agreement* were as follows:  Claimant Jermilo Juan Larkins (the "Claimant") agreed to withdraw his claim to $18,083.00 of the Defendant Currency; the United States agreed to return the balance of $7,750.00 of the Defendant Currency to the Claimant. Additionally, the Claimant agreed not to oppose a Judgment of Forfeiture as to the remaining $18,083.00 in Defendant Currency.

Now therefore, on motion by the Plaintiff, the United States of America, for a Judgment of Forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

Judgment of Forfeiture (CV14-5786-KLS)
*United States v. $25,833.00 in U.S. Currency* - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON  98402
(253) 428-3800

1    2.    Pursuant to 21 U.S.C. § 881(a)(6), the $18,083.00 in Defendant Currency is
2 hereby forfeited to the United States of America.  No right, title, or interest in said
3 $18,083.00 shall exist in any other party.
4    3.    The United States Marshals Service shall dispose of the $18,083.00 in
5 accordance with the law.
6    DATED this 21st day of August, 2015.

        Karen L. Strombom
        United States Magistrate Judge

13 Presented by:

15 */s/ Matthew H. Thomas*
   MATTHEW H. THOMAS
16 Assistant United States Attorney
17 United States Attorney's Office
   1201 Pacific Avenue, Suite 700
18 Tacoma, Washington  98402-4383
19 Telephone:   (253) 428-3800

22 */s/ Wayne C. Fricke* *
   WAYNE C. FRICKE
23 Attorney for Claimant
   Hester Law Group, Inc., P.S.
24 Attorney for Claimant
25 1008 S. Yakima Avenue, Suite 302
   Tacoma, Washington  98405
26 Telephone:   (253) 272-2157
27   * *permission to e-sign obtained via email on August 19, 2015*

Judgment of Forfeiture (CV14-5786-KLS)
*United States v. $25,833.00 in U.S. Currency* - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON  98402
(253) 428-3800